IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ERNESTO RIVERA, JOHNNY MIZE, ROBERT STEVEN PRITCHETT, AND DORA SMITH, | § § § § | |
| Plaintiffs, | § § | |
| v. | § | 2:19-CV-007-D |
| BMW OF NORTH AMERICA, LLC, | § § § | |
| Defendant. | § § | |

## **ORDER**

On March 14, 2019 the United States Magistrate Judge entered findings, conclusions, and a recommendation on defendant's motion to dismiss. The magistrate judge recommends that defendant's motion be denied without prejudice as moot. No objections to the findings, conclusions, and recommendation have been filed.

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted, and defendant's motion to dismiss is denied without prejudice as moot.

**SO ORDERED**.

March 29, 2019.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE